UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHANEL VALENTINE, individually,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., an Ohio corporation; KELLOGG COMPANY, a Michigan corporation; DOES 1 through 10, and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01609-RFB-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Counsel for Plaintiff (ECF No. 10, corrected at ECF No. 12). Prior to filing the instant Motion, Counsel notified Ms. Valentine he would be doing so. Plaintiff was also served with a copy of the Motion.

Counsel's Motion establishes that withdrawal is accomplished in this matter without a material adverse effect on the interests of Ms. Valentine as this dispute is in the early stages of proceedings and there are no matters on the Court's docket needing immediate attention. Further, no trial date has been set.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Plaintiff (ECF No. 10) is GRANTED.

IT IS FURTHER ORDERED that discovery is stayed for a period of thirty (30) days, measured from the date of this Order, allowing Plaintiff reasonable time to retain substitute counsel. At the conclusion of this thirty (30) day stay period, discovery may proceed.

IT IS FURTHER ORDERED that if any discovery requests are currently pending, the due dates for responses to such requests are extended by 30 days.

1       IT IS FURTHER ORDERED that upon receipt Baker Law Offices shall mail and, if
2  available, email a copy of this Order to Plaintiff.
3       Dated this 18th day of November, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2