JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #014737
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHANEL VALENTINE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., an Ohio corporation; KELLOGG COMPANY, a Michigan corporation; DOES 1 through10, and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01609-RFB-EJY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., JAMES GLENNON, ESQ. of the law firm FORAN GLENNON PALANDECH PONZI & RUDLOFF PC, counsel for Defendant KELLOGG COMPANY, and Plaintiff in Proper Person CHANEL VALENTINE as follows:

1. Plaintiff CHANEL VALENTINE's claims herein against all Defendants shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

CLAC 6381643.1

2. That any and all pending motions be withdrawn and that any and all deadlines or scheduled matters pending before this Court be vacated.

Respectfully submitted this 1 day of JUNE, 2021.

COOPER LEVENSON, P.A.

/s/ /s/ Jerry S. Busby
CHANEL VALENTINE                      JERRY S. BUSBY, ESQ.
76 Belle Maison                       Nevada Bar No. 001107
Las Vegas, NV 89123                   3016 West Charleston Boulevard - #195
(925) 565-6500                        Las Vegas, NV 89102
Plaintiff in Proper Person            (702) 366-1125
                                      Attorneys for Defendant
                                      Smith's Food & Drug Centers, Inc.

FORAN GLENNON

/s/ James Glennon
JAMES GLENNON, ESQ.
Nevada Bar No. 006658
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
(702) 827-1510
Attorneys for Defendant
Kellogg Company

ORDER

IT IS SO ORDERED this 4th day of June, 2021.

RICHARD F. BOULWARE, II
**United States District Court**

CLAC 6381643.1